HOUSING AUTHORITY OF THE CITY OF RALEIGH v. RITA TRUESDALE

No. 7810DC564

(Filed 20 March 1979)

**Appeal and Error § 14— late notice of appeal—appeal dismissed**
　　　Plaintiff's appeal is dismissed where she entered notice of appeal at least fourteen days after the entry of judgment.

APPEAL by defendant from *Winborne, Judge.* Judgment entered 21 February 1978 in District Court, WAKE County. Heard in the Court of Appeals 8 March 1979.

This is a civil action wherein plaintiff seeks summary ejectment against defendant for failure to make rental payments on time. Defendant answered and, after discovery, moved for summary judgment. Plaintiff made cross motion for summary judgment. The trial court entered judgment for plaintiff. The judgment is dated 21 February 1978 and stamped filed 22 February 1978. Defendant entered notice of appeal 8 March 1978. No other notice of appeal is in the record.

*Allen, Steed and Allen, by Noah H. Huffstetler III, for plaintiff appellee.*

*Wake County Legal Aid Society, by G. Nicholas Garin and Gregory C. Malhoit, for defendant appellant.*

MARTIN (Harry C.), Judge.

An appeal in a civil action, when taken by written notice, must be taken within ten days after entry of the judgment. N.C. Gen. Stat. 1-279(c); Rule 3(c), North Carolina Rules of Appellate Procedure. The record before us discloses defendant's appeal was taken 8 March 1978. This was at least fourteen days after the entry of the judgment. Where the appeal is taken more than ten days after the entry of judgment, and the time within which appeal can be taken is not otherwise tolled as provided in N.C.G.S. 1-279 and Rule 3, the appellate court obtains no jurisdiction in the matter and the appeal must be dismissed. *Giannitrapani v. Duke University*, 30 N.C. App. 667, 228 S.E. 2d 46 (1976); *Brooks v. Matthews*, 29 N.C. App. 614, 225 S.E. 2d 159 (1976); *Teague v. Teague*, 266 N.C. 320, 146 S.E. 2d 87 (1966); *Aycock v. Richardson*, 247 N.C. 233, 100 S.E. 2d 379 (1957).

Appeal dismissed.

Judges VAUGHN and ERWIN concur.